UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

FEDEX CUSTOMER INFORMATION
SERVICES, INC.,

       Plaintiff,

-v-                                          No. 09 Civ. 9098 (LTS)(RLE)

SHAKOOR MIRZA individually and d/b/a
CHOICE PORTABLE/T. MOBILE,

       Defendant.                       <u>ORDER</u>

-------------------------------------------------------x

       This matter having been commenced by the filing of a complaint on October 30, 2009, and the defendant having failed to interpose a timely answer to the complaint or otherwise move in this proceeding, and the plaintiff having sought the issuance of an order to show cause as to why a default judgment should not be granted, it is hereby

       ORDERED, that the plaintiff's application to proceed by order to show cause is denied; and it is further

       ORDERED, that the plaintiff may make a motion for a default judgment; and it is further

       ORDERED, that such motion for default judgment must be served on the defendant and must be accompanied by copies of the Clerk's Certificate and of proof of service of the summons and complaint and the motion for default judgment as provided by the undersigned's Individual Practices Rules; and it is further

       ORDERED, that said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court; and it is further

ORDERED, that plaintiff must serve a copy of this Order on defendant and file proof of such service within fourteen (14) days from the date hereof.

Dated: New York, New York
April 8, 2010

LAURA TAYLOR SWAIN
United States District Judge